IN THE SUPREME COURT OF THE STATE OF NEVADA

RONNIE DION EDWARDS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 79370

FILED

DEC 23 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

This court's review of this appeal reveals jurisdictional defects. Appellant filed the notices of appeal on August 5, 2019, and September 12, 2019. In his notices of appeal, appellant states that he is appealing the "initial petition for writ of habeas corpus." The documents before this court indicate that a postconviction petition for a writ of habeas corpus has not been filed in district court case number C-13-288204-1, the case number designated in the notices of appeal, since January 26, 2015. On February 24, 2017, the district court entered an order granting appellant's postconviction petition for a writ of habeas corpus. Appellant filed an appeal pursuant to the provisions of NRAP 4(c) (appeal deprivation). *See Edwards v. State*, Docket No. 72500. Thus, to the extent that appellant appeals from the February 24, 2017, order, the appeals are untimely filed and appellant is not aggrieved by the order. *See* NRS 177.015 (only an aggrieved party may appeal); *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994) (an untimely notice of appeals fails to vest jurisdiction in this court). To the extent that appellant appeals from the order denying a "motion to

19-51099

stay/motion for clarification" entered on August 5, 2019,[1] no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.        _____, J.
Stiglich                            Silver

cc:    Hon. Jacqueline M. Bluth, District Judge
       Ronnie Dion Edwards
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]It appears that the August 5, 2019, order erroneously states that appellant's initial habeas corpus petition was denied; appellant's petition was granted.